CARRIE B. SHERMAN, Respondent, v. JOHN C. FULMER and Others, Appellants.— Interlocutory judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PAUL MIZAK, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY MIZAK, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SEVERN C. FAGARD, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MAUDE A. FAGARD, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

BROOKLYN AND BUFFALO NAVIGATION CORPORATION, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 19014.) — Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that even though the damages of claimant were sustained in the navigation of the Barge canal, that fact constitutes no defense as that term is used in section 2 of chapter 632 of the Laws of 1929. That statute was intended to waive the immunity reserved in the non-waiver of immunity proviso of section 47 of the Canal Law.█ We are not required to pass upon the effect of the amendment to section 47 embodied in chapter 485 of the Laws of 1930, since the judgment appealed from was made and entered before the amendment took effect. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of IRENE M. NANN for Determination as to the Validity, Construction or Effect of the Disposition of the Property Contained in the Last Will and Testament of JACOB NANN, JR., Deceased.— Decree affirmed, with separate bills of costs to each of the respondents appearing upon this appeal by separate attorneys and filing briefs, payable out of the estate. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MANLEY H. WELLING, Respondent, v. NATIONAL BOND AND INVESTMENT COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HARRY STAHL, as Administrator, etc., of ARTHUR STAHL, Deceased, Respondent, v. FRANK X. ENGLERT, Respondent, and J. EARL DONNEN, Appellant.— Judgment and order affirmed, with costs. As to so much of the appeal as pertains to the dismissal on the merits of the complaint against the defendant Englert, see Price v. Ryan (255 N. Y. 16), decided November 19, 1930. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.